

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF M.C.R., | § | No. 08-23-00163-CV |
| A CHILD. | § | Appeal from the |
| | § | 65th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2022DCM3552) |

## MEMORANDUM OPINION

This appeal is before the Court on Appellant's "Motion for Voluntary Dismissal," which we construe as a motion to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42. *See* TEX. R. APP. P. 42.1(a)(1) (the Court may dismiss an appeal in accordance with a motion of appellant). Accordingly, as we have not yet issued an opinion in this case, we grant the motion and dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against Appellant. TEX. R. APP. P. 42.1(d).

YVONNE T. RODRIGUEZ, Chief Justice

July 20, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.